| First Appearance: | Continued: | Continued: | Continued: | Continued: | FILED |
|---|---|---|---|---|---|
| Continued: | Continued: | Continued: | Continued: | Continued: | 2021 Mar-16 PM 03:11 U.S. DISTRICT COURT N.D. OF ALABAMA |

Case 2:21-mj-00067-GMB   Document 8-2   Filed 03/16/21   Page 1 of 4

## Route To
*Groups:* **AUTO BURGLARY TASK FORCE**
*People:*



**Arrest and Booking Report**
**Jacksonville Sheriff's Office**
**Jacksonville, Florida**
### ADULT
### JAMES, JOSHUA ADAM

| | | |
|---|---|---|
| *Year:* **2011** | *Incident #:* **414934** | *Amend #:* |
| *Previous Juvenile Jail Number:* | | |
| *Jail #:* **2011017390** | *Admitted:* **05/25/2011 04:52** | *File Direct:* **YES** |
| *JSO ID#:* **743870** | *Court:* **Circuit** | |
| *SSN:* | *OBTS #:* **1603053420** | |

### Incident Information
**Incident Location**
8450 GATE PKWY W
JACKSONVILLE, FLORIDA 32246
*Sub-sector:* **G3**  *TAZ:* **356**

**Arrest Location**
8450 GATE PKWY W
JACKSONVILLE, FLORIDA 32246
*Sub-sector:* **G3**  *TAZ:* **356**

*Arresting Agency:* **JACKSONVILLE SHERIFF'S OFFICE**    *Day/Date/Time Arrested:* **Wednesday, 05/25/2011 02:55**
*Day/Date/Time Incident From:* **Wednesday, 05/25/2011 02:43**  *To:* **Wednesday, 05/25/2011 02:50**
*Offense Location Type:* **APARTMENT / CONDO**

### Miscellaneous
*Interviewed By:*
*Drug Activity:* **NOT APPLICABLE**  *Drug Type:* **NOT APPLICABLE**
*Arrest Made On:* **OV**  *Is Incident Gang Related?:* **NO**  *Was Hate Crime Involved?:*  *Was Dating Violence Involved?:*
*Alcohol Related:* **UNKNOWN (OR N/A)**    *Drug Related:* **UNKNOWN (OR N/A)**

| *Domestic Violence Related?:* **NO** | *If No, Is it Domestic Related?:* **NO** | *Any Children under 18 Involved as a Victim?:* |
|---|---|---|

---

### Arrestee - JAMES, JOSHUA ADAM
**Demographics**
*Race:* **WHITE**  *Sex:* **MALE**  *Date of Birth:* **/1987**
*Ethnicity:* **NOT OF HISPANIC ORIGIN**  *Sub Ethnicity:* **NOT OF HISPANIC ORIGIN**
*Primary Language:*  *Secondary Language:*
*Age:* **23**  *Height (inches):* **5'11"**  *Weight (lbs):* **185**
*Hair Style:*  *Hair Color:* **BROWN**  *Hair Length:*
*Build:* **MEDIUM**  *Eye Color:* **BROWN**  *Facial Hair:*
*Complexion:* **FAIR / LIGHT**  *Voice:*
*Clothing/Description:*
*Place of Birth:* **FRESNO, CALIFORNIA**
*Nicknames:*
*Aliases:*

**Distinguishing Marks (Scars, Marks, and Tattoos)**

| Characteristic | Body Location | Description |
|---|---|---|
| TATTOO | | RIGHT FOREARM "OIF"/TRIBAL ON LEFT BICEP/2 RIFLES ON UPPER BACK/ACE OF SPAIDS ON RIBCAGE |

**Contact Information**
*Home Phone #:*  *Bus. Phone #:*  *Ext.:*  *Alt. Phone #:*
*Cell Phone #:* **-4304**  *Cell Phone Provider:* **VERIZON**
*Email Address:*

**Primary Identification**
*Type of ID Given:* **DRIVERS LICENSE**  *ID:* **6083**  *Issuing State:* **GEORGIA**

**Agency Identification**
*JSO ID:* **743870**  *JPICS ID:*

**Addresses**
*Is Homeless:* **NO**
*Offered Services by Officer:*  *Services offered:*

---

*Printed 03/02/2021 15:41 by J.R. MOORE ( #5737 )*

| **ADLT** *JAMES, JOSHUA ADAM* | **ARREST REPORT** *Page 1 of 4* | CCR #: 2011-0414934  Jail #: 2011017390 | **ADLT** |
|---|---|---|---|

| Home Address | Mailing Address | Alternate Address |
|---|---|---|
| [redacted] JACKSONVILLE, FLORIDA 32256 | | |

*Sub-sector:* **H2**   *TAZ:* **575**   *Cross Street:*

**Employment/School**
*Employer:* **FLYER GUYS**   *Occupation:*
*School Last Attended:* **REFUSED**
*Country of Citizenship:*   *US Citizen?:* **YES**   *Residence Type:* **CITY**   *Residence Status:* **NON-RESIDENT**
*ECD Usage:* **NOT APPLICABLE**
*RTR written related to this incident?:*   *RTR Incident Yr:*   *RTR Incident #:*
*Drugs Involved?:*   *Alcohol Involved?:*   *Computer Involved?:*
*Is Arrestee a Gang member?:* **NO**   *Required to register as a sex offender?:*
*Suspect Invoke Miranda?:* **YES**   *Miranda Rights Given?:* **YES**   *Arrestee Confessed?:* **NO**   *Arrestee needs ADA Consideration?:* **NO**

**Weapon(s) Involved**
*Weapon(s):* **NOT APPLICABLE (NONE)**

*Offense(s)*

**#1**   *Statute #:* **843.08**   *Degree:* **F3**   *UCR Code:* **260D**   *Attempt Code:* **Committed**
**FALSELY PERSONATING OFFICER, ETC.**

| *Citation #:* | *SA #:* | *Warrant Type:* **Not Applicable** |
|---|---|---|
| *JSO Control #:* | *Warrant/Case #:* | *No. of Counts:* **1** |
| *Jurisdiction:* | *Court Location/Div.:* | *Judge:* |
| *Purge/Bond Type:* **Bond** | *Bond Amount:*   *Date of Issue:* | *Date of Return:* |
| *Criminal Activity Type:* | | |

**Blanket Bond:**

*VOP/FTA ONLY*

| *Original Statute No:* | *Degree:* | *UCR Code:* | *Attempt Code:* **Committed** |
|---|---|---|---|
| *Description:* | | | |

**#2**   *Statute #:* **856.021(1)**   *Degree:* **M2**   *UCR Code:* **9000**   *Attempt Code:* **Committed**
**LOITERING OR PROWLING**

| *Citation #:* | *SA #:* | *Warrant Type:* **Not Applicable** |
|---|---|---|
| *JSO Control #:* | *Warrant/Case #:* | *No. of Counts:* **1** |
| *Jurisdiction:* | *Court Location/Div.:* | *Judge:* |
| *Purge/Bond Type:* **Bond** | *Bond Amount:*   *Date of Issue:* | *Date of Return:* |
| *Criminal Activity Type:* | | |

**Blanket Bond:**

*VOP/FTA ONLY*

| *Original Statute No:* | *Degree:* | *UCR Code:* | *Attempt Code:* **Committed** |
|---|---|---|---|
| *Description:* | | | |

**#3**   *Statute #:* **843.02**   *Degree:* **M1**   *UCR Code:* **9000**   *Attempt Code:* **Committed**
**RESISTING OFFICER WITHOUT VIOLENCE TO HIS OR HER PERSON**

| *Citation #:* | *SA #:* | *Warrant Type:* **Not Applicable** |
|---|---|---|
| *JSO Control #:* | *Warrant/Case #:* | *No. of Counts:* **1** |
| *Jurisdiction:* | *Court Location/Div.:* | *Judge:* |
| *Purge/Bond Type:* **Bond** | *Bond Amount:*   *Date of Issue:* | *Date of Return:* |
| *Criminal Activity Type:* | | |

**Blanket Bond:**

*VOP/FTA ONLY*

| *Original Statute No:* | *Degree:* | *UCR Code:* | *Attempt Code:* **Committed** |
|---|---|---|---|
| *Description:* | | | |

*Additional Information*

**On 05-25-11, at 0243, I was contacted by off duty officer J.L. Marrero (62662) as he was arriving home, at [redacted] in reference to a possible vehicle burglary in progress. I logged out on an investigation CCR and arrived at the scene.**

While driving into, Ofc. Marrero contacted me again and asked me to request additional units as there were a total of four possible suspects. Once I arrived on scene to assist Ofc. Marrero, suspect James was detained. Officers P.J. Napoli (64377) and D.P. Gibson (69754) also arrived on scene to assist.

Ofc. Marrero advised the following:

"On 05/25/2011 at 0240 hours, I was flagged down in front of building four (4) at ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ by a citizen in reference to a suspicious subject.

The citizen advised me that he believed the suspect was looking for vehicles to break into in the apartment complex. It should be noted that there have recently been multiple burglaries to vehicles in the apartment complex. I observed the suspect shining a black flashlight at my police vehicle (parked) and then into several vehicles that were parked in the complex. I then noticed three (3) additional subjects walking in the middle of the apartment complex roadway. I was on the phone with Officer D.L. Wilson and requested for additional units to investigate. I followed the subjects to the back of the complex (building 7) and identified myself as a police officer with the Jacksonville Sheriff's Office (displayed my credentials). One of the subjects was detained. Officer Wilson then arrived and observed the suspect trying to conceal himself between two (2) cars as she drove by. The suspect then walked towards me. I once again identified myself as a police officer with the Jacksonville Sheriff's Office (displayed my credentials). The suspect had one of his hands concealed in his pocket and I then held my off duty weapon at my side. I ordered the suspect to take a seat on the curb while I conducted my investigation. The suspect refused after three (3) orders and stated, "Officer put the gun down! No, put the gun down!" I once again ordered the suspect to sit on the curb while simultaneously displaying my badge and he replied, "You can't arrest me, I am Military Police with the U.S. Army!" At the same time, the suspect pointed at a tattoo of OIF on his right arm. The suspect continually told me that he is a Military Police Officer and that I could not arrest him. Officer Wilson then assisted me with placing the suspect in handcuffs. The other subjects were trespassed from the property and released because I had not observed them attempting to conceal themselves. I informed the suspect of his Miranda Rights via memory. The suspect was unable to explain why he was shining his flashlight into multiple parked vehicles. He was also unable to explain why he had ducked down in between two parked vehicles when he saw Officer Wilson's patrol vehicle approaching. Post Miranda, the suspect advised that he did see my badge. I asked the suspect how many times I had ordered him to sit down at the curb of the street and he replied, "Atleast two times." The suspect then invoked his rights and asked for a public defender."

The suspect stated to me that he and his co-workers were on the premises distributing flyers for a moving company. It should be noted that the community is gated and cannot be accessed via vehicle without a keycard or numerical passcode.

The suspect along with the other three subjects were trespassed from the premises, two of which were juveniles; they were also curfew violated.

The suspect was arrested and transported to the PTDF.

## Signature

| | | | |
|---|---|---|---|
| Transported By: | D.L.WILSON ( #64637 ) | Approving Supervisor: | B.J.SHORE ( #5869 ) |
| Arresting Officer #1: | J.L.MARRERO ( #62662 ) | Arresting Officer #2: | D.L.WILSON ( #64637 ) |
| Div/Zone or Unit: | PATROL | Num of Cases Cleared: | |

State of Florida, County of Duval   Arresting / Transporting Officer s Signature: _____

Sworn to (or affirmed) and subscribed before me this _____ day of _____ , 20 ____ , by

Personally Known _____ or Produced Identification _____ Type of Identification produced: _____

_____   _____
Print,Type, or Stamp, Commissioned name of Notary Public   Signature of Notary - State of Florida Certified Law Enforcement Officer or Corrections Officer

## Investigation Time #1
Hour(s): **03**   Minute(s): **00**   Cost Amount: **$43.38**

## Jail Information (Back Door)
Jail Number: **2011017390**   Date and Time Admitted: **05/25/2011 04:52**
Juvenile/Court Clerk #:

## Triage Questions
Involved in Traffic Accident?: **NO**   Injuries from Accident?:
Was OC Deployed Prior to/during Arrest?: **NO**   Was a Hobble Restraint used on the Arrestee?: **NO**
Does the Arrestee Exhibit any Signs of Suicidal Behavior or Attempts?: **NO**   Does the Arrested have any Observable Medical/Mental Health Problems?: **NO**

*Has the Arrestee Shown any Escape Potential or Violence Propensity Behaviors?:* **NO**
*Is there any other Information about the Arrestee that Jail Personnel need to Know?:* **NO**
*If Yes, What?:*

## Part II of Arrest And Booking Report:

*Arrestee Personal Information: How Long in Jax?*

### Chemical Test Data

*Specimen:*

Blood    Breath    Urine    Unable    None

| *Analysis Results:* | | | *Refused:* |
|---|---|---|---|
| *1st*  g/210L  *TIME:* | | | *Blood:* |
| *2nd*  g/210L  *TIME:* | | | *Breath:* |
| *3rd*  g/210L  *TIME:* | | | *Urine:* |

*Breath Test Instrument:*

*Type:*            *Machine #:*
*Operator Name and ID#:*     *Date:*

*Verification By:* _____

**Right Thumb Print**

---

**Printed 03/02/2021 15:41 by J.R. MOORE ( #5737 )**

**CCR #: 2011-0414934**
**Jail #: 2011017390**

**ADLT**  *JAMES, JOSHUA ADAM*   **ARREST REPORT**  *Page 4 of 4*   **ADLT**